UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**

vs.

**TIMOTHY McCABE and**
**THERESA MORALES,**
**a/k/a Theresa McCabe**

                      **Defendants.**

**Superseding Indictment**
12-CR-258-A

Violations:
18 U.S.C. 1344, 1349, and 2

SUPPLEMENTAL
NOTICE OF MOTION
(for Theresa Morales)

_____

SIRS:

     PLEASE TAKE NOTICE that upon the attached affirmation of Clarence Q. Johnson, as attorney for the above defendant, the undersigned will move before the Hon. H. Kenneth Schroeder, in the United States District Court for the Western District of New York, at 304 U.S. Courthouse, at 68 Court Street, in Buffalo, New York, on November 26, 2013, for the following supplemental relief:

I. Motion for Severance of Co-Defendants and Counts.

Dated: November 25, 2013

                                         Respectfully submitted,

                                         s/ Clarence Q. Johnson, Esq.
                                         Clarence Q. Johnson, Esq.
                                         Attorney for Defendant Morales
                                         58 Cedar Ridge Dr.
                                         W. Seneca, NY 14224
                                         (716) 783-2570

To:
Maura O'Donnell, Asst. U.S. Attorney
Office of the United States Attorney, WDNY
Federal Centre, 138 Delaware Ave.
Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**UNITED STATES OF AMERICA,**

                        **Plaintiff,**

vs.

**TIMOTHY McCABE and**
**THERESA MORALES**
**a/k/a Theresa McCabe,**

                        **Defendants.**

**Superseding Indictment**
12-CR-258-A

Violations:
18 U.S.C. 1344, 1349, and 2

**SUPPLEMENTAL AFFIRMATION**
**IN SUPPORT OF MOTION**
(for Theresa Morales)

_____

    Clarence Q. Johnson, Esq., hereby affirms under penalty of perjury, as follows:

    1. That I am an attorney duly licensed and admitted to practice law in the courts of the State of New York and in the United States District Courts for the Northern and Western Districts of New York and that I maintain a law office at 58 Cedar Ridge Dr., West Seneca, New York 14224.

    2. That on or about September 19, 2011, I was substituted for a prior attorney and appointed to represent defendant Theresa Morales, by the Hon. H. Kenneth Schroeder, and on September 26, 2013, I made an initial appearance on behalf of the defendant for a status conference, at which time the procedural history of the case was discussed and the court adjourned the matter for another status conference, on November 26, 2013, at the request of counsel in order to allow sufficient time for counsel to review the record below and for consultation with the parties.

    3. That upon a review of the record below, it was determined that the prior attorney had previously filed pretrial motions on behalf of the defendant, at ECF Docket # 49, and counsel

requests to adopt those motions, but also requests to supplement the record and move for additional relief not previously requested, as follows:

**I. MOTION FOR SEVERANCE OF DEFENDANTS AND COUNTS OF INDICTMENT**

4. Pursuant to Rules 8(a) and (b), 14(a) and (b), and 12(b)(3)(D) of the *Federal Rules of Criminal Procedure*, the defendant moves for severance of defendants and for severance of Count 9 from Counts 1 through 8 of the Indictment, on the grounds that a joinder of defendants for trial, and joinder of Count 9 with Counts 1 through 8, would be prejudicial to defendant Theresa Morales.

5. Upon information and belief, the source of which is consultation with the parties and a preliminary review of discovery documents, the defendants in the present case are married and defendant Theresa Morales alleges that her husband, co-defendant Timothy McCabe, was primarily responsible for the preparation of documents and communication with lenders in the alleged mortgage fraud scheme of Counts 1 through 7.

6. Defendant Morales alleges that she did not knowingly make false and fraudulent statements about her income, assets, and employment history in the various mortgage applications, as her husband prepared all of the documents and instructed her to sign the papers without further review, and defendant Morales is further not certain that it is in-fact her signature on all of the alleged fraudulent documents.

7. Consequently, defendant Morales argues that a joint trial of defendants would necessarily involve antagonistic defenses between the parties and that in a joint trial, she would not be able to confront and cross-examine her co-defendant husband as a witness and that she would be prejudiced by a substantially greater degree of evidence presented against her husband,

which would impair the ability of a jury to fairly assess her guilt or innocence on the knowledge element of the crime.

8. Further, upon information and belief, the source of which is consultation with the parties, defendant Morales believes that her husband would be willing to testify and give exculpatory evidence for her in a separate trial, and the defendant requests that the court, under its authority at *FRCrP* Rule 14(b), conduct an in camera review of the statements of the parties to assess the significance of such evidence before ruling on severance.

9. Although mutually antagonistic defenses are not prejudicial per se, severance may still be warranted where there is a serious risk that a joint trial would compromise the specific trial rights of one defendant and would prevent a jury from making a reliable judgment about guilt or innocence, *Zafiro v. United States,* 506 U.S. 534, 538-39 (1993), and for the reasons stated above, defendant Morales argues that severance of defendants and separate trials would be warranted on the circumstances of this case.

10. The defendant further argues for severance of Count 9 from Counts 1 through 8 in the Indictment, in that Count 9 is separated in time from Counts 1 through 8 and is not alleged to be part of a common scheme or plan with the mortgage fraud allegations and involves primarily only co-defendant McCabe.

WHEREFORE, the defendant requests that the court enter an order for severance of co-defendants and for severance of Count 9 from Counts 1 through 8 and for separate trials.

Dated: November 25, 2013            Respectfully submitted,

<p style="margin-left:40%">
s/ Clarence Q. Johnson, Esq.<br>
Clarence Q. Johnson, Esq.<br>
Attorney for Defendant Morales<br>
58 Cedar Ridge Dr.<br>
W. Seneca, NY 14224<br>
(716) 783-2570
</p>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**UNITED STATES OF AMERICA,**

                        **Plaintiff,**

vs.

**TIMOTHY McCABE and**
**THERESA MORALES,**
**a/k/a Theresa McCabe**

                        **Defendants.**

**Superseding Indictment**
12-CR-258-A

Violations:
18 U.S.C. 1344, 1349, and 2

**CERTIFICATE OF**
**SERVICE**
**(for Theresa Morales)**

_____

      Clarence Q. Johnson, Esq., as attorney for the above defendant, with an office located at 58 Cedar Ridge Dr., West Seneca, NY, 14224, hereby certifies that on November 25, 2013, I electronically filed through the CM/ECF system the attached Supplemental Notice of Motion, with the Clerk of the Court for the Western District of New York, with automatic electronic notification to other parties and attorneys in the case, including:

(1) Maura O'Donnell, Asst. U.S. Attorney.

Dated: November 25, 2013

                        Respectfully submitted,

                        s/ Clarence Q. Johnson, Esq.
                        Clarence Q. Johnson, Esq.
                        Bar Roll No. 507286
                        58 Cedar Ridge Dr.
                        W. Seneca, NY 14224
                        (716) 783-2570